IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 24-cv-02624-PAB-NRN

MARIA J. PRKIC,

     Plaintiff,

v.

SEZZLE, INC.,

     Defendant.

---

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

---

This matter is before the Court on the Recommendation of United States Magistrate Judge [Docket No. 165]. The Recommendation states that objections to the Recommendation must be filed within fourteen days after its service on the parties. Docket No. 165 at 19-20; *see also* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on March 17, 2026. No party has objected to the Recommendation.

In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate. *See Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). In this matter, the Court has reviewed the Recommendation

to satisfy itself that there is "no clear error on the face of the record."[1]  Fed. R. Civ. P.

72(b), Advisory Committee Notes.  Based on this review, the Court has concluded that

the Recommendation is a correct application of the facts and the law.  Accordingly, it is

ORDERED that the Recommendation of United States Magistrate Judge [Docket

No. 165] is **ACCEPTED**.  It is further

ORDERED that Defendant Sezzle Inc.'s Partial Motion to Dismiss Plaintiff's First

Amended Complaint [Docket No. 125] is **GRANTED in part and DENIED in part**.  It is

further

ORDERED that plaintiff's EPEWA discrimination claim is **DISMISSED**.  It is

further

ORDERED that plaintiff's wrong termination in violation of public policy claim

based on alleged EPEWA violations is **DISMISSED**.  It is further

ORDERED that plaintiff's wrongful termination in violation of public policy claim

based on Sezzle's failure to confer on plaintiff an official AML title and corresponding

pay is **DISMISSED**.

DATED April 7, 2026.

BY THE COURT:

PHILIP A. BRIMMER
United States District Judge

---

[1] This standard of review is something less than a "clearly erroneous" or "contrary
to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo
review.  Fed. R. Civ. P. 72(b).